UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80022-T/P-MARRA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

PHILLIP BRADLEY,

                Defendant.       /

FILED by ___ D.C.

SEP - 9 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on September 9, 2009, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about May 15, 2008 and May 27, 2008, in Palm Beach County, Florida, the defendant committed the offense of Organized Scheme to Defraud when he knowingly presented two counterfeit checks in the aggregate amount of $140,000 to attorney Robert D'Angio, to purchase a restaurant, contrary to Florida Statute, 817.034.(4)(a)(1).

2. Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about May 15, 2008 and May 27, 2008, in Palm Beach County, Florida, the defendant committed the offense of Counterfeiting Bank Checks when he knowingly altered two checks, one from JP Morgan Chase Bank, account number 736080171 in the amount of $70,000, and one from Commerce Bank, account number 6860521141 in the amount of $70,000. Both

checks were signed by the defendant, and bank records confirm both checks were counterfeit, contrary to Florida Statute, 831.07.

3. Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about May 15, 2008 and May 27, 2008, in Palm Beach County, Florida, the defendant committed the offense of Uttering Counterfeit Bank Checks when he knowingly presented two counterfeit checks in the aggregate amount of $140,000 with intent to defraud, contrary to Florida Statute, 831.09.

4. Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about May 27, 2008, in Palm Beach County, Florida, the defendant committed the offense of Grand Theft when he submitted a counterfeit $70,000 check to attorney Robert D'Angio, contrary to Florida Statute, 812.014.

5. Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about June 16, 2008, in Palm Beach County, Florida, the defendant committed the offense of Giving a Worthless Check, when he submitted two checks, both drawn on Commerce Bank, account number 6860141388, one in the amount of $11,706 and one in the amount of $26,500 to Palm Beach Pre-owned/Condor Leasing to lease two vehicles. Both checks were returned to the business due to non sufficient funds, in violation of Florida Statute, 832.05.

6. Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about September 2, 2008, in Palm Beach County, Florida, the defendant

committed the offense of Giving a Worthless Check, when he submitted check number 1143 drawn on Washington Mutual Bank, account number 3571693437, to Grace Development in the amount of $132,500. The check was returned to Grace Development due to the account being closed on December 26, 2007, contrary to Florida Statute, 832.05.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that PHILLIP BRADLEY be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable Kenneth A. Marra, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 9th day of September, 2009.

_____
**LINNEA R. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

c:   The Honorable Kenneth A. Marra
     Nancy Vorpe Quinlan, AUSA
     Neil Taylor, Esquire
     Anthony Gagliardi, USPO