UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80022-TP-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP BRADLEY,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at a sentencing for violations of supervised release held on December 4, 2009.  The Court adopts the Magistrate Judge's Report and Recommendation [DE 11] and finds the Defendant in violation of his supervised release.  Therefore, it is hereby

**ORDERED and ADJUDGED** that the Defendant's term of supervised release imposed by the Court is **revoked** and the Defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **Time Served**.  No further supervised release is ordered.

**DONE and ORDERED** in West Palm Beach, this 7th day of December, 2009.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:    All counsel